**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Décor Holdings, Inc., *et al.*,[1]<br><br>           Post-Confirmation Debtors | Chapter 11<br><br>Case No. 19-71020 (REG)<br>Case No. 19-71022 (REG)<br>Case No. 19-71023 (REG)<br>Case No. 19-71024 (REG)<br>Case No. 19-71025 (REG)<br><br>(Substantively Consolidated) |
| BRYAN RYNIKER, IN HIS CAPACITY AS LITIGATION ADMINISTRATOR OF THE POST-CONFIRMATION ESTATES OF DÉCOR HOLDINGS, INC., *et al.*<br><br>           Plaintiff,<br><br>v.<br><br>SUMEC TEXTILE COMPANY LIMITED,<br><br>           Defendant. | Adv. Pro. No. 20-08130<br><br><br><br>**Re: Adv. Pro. Dkt. No. 27 & 28** |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Defendant SUMEC Textile Co. Ltd. ("<u>SUMEC</u>" or "<u>Appellant</u>"), by and through its undersigned counsel, hereby appeals to the United States District Court for the Eastern District of New York, pursuant to 28 U.S.C. § 158(a)(1) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure from the *Order Denying Motion of Defendant SUMEC Textile Co. Ltd. to Reopen Adversary Proceeding and Vacate Entry of*

---

[1] The debtors ("Debtors") in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Décor Holdings, Inc. (4174); Décor Intermediate Holdings LLC (5414); RAD Liquidation Inc. (f/k/a The Robert Allen Duralee Group, Inc.) (8435); RAD Liquidation LLC (f/k/a The Robert Allen Duralee Group, LLC) (1798); and RADF LLC (f/k/a The Robert Allen Duralee Group Furniture, LLC) (2835).

{00032141. }

*Judgment* [Adv. Dkt. No. 27] (the "Order"). A copy of the Order is attached hereto as **Exhibit A**. A copy of the Court's *Supplemental Findings of Fact and Conclusion* in support of the Order [Adv. Dkt. No. 28] (the "Opinion") is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

|    | **PARTY** | **ATTORNEYS** |
|----|-----------|---------------|
| 1. | SUMEC Textile Co. Ltd. *Appellant* | **THE ROSNER LAW GROUP LLC** Frederick B. Rosner Zhao (Ruby) Liu 824 N. Market Street, Suite 810 Wilmington, Delaware 19801 Telephone: (302) 777-1111 Email: rosner@teamrosner.com liu@teamrosner.com |
| 2. | Bryan Ryniker, in his capacity as Litigation Administrator of the Post-Confirmation Estates of Decor Holdings, Inc., *et al.* *Appellee* | **LOEB & LOEB LLP** Schuyler G. Carroll Noah Weingarten 345 Park Avenue New York, NY 10154 Telephone: 212.407.4000 Email: scarroll@loeb.com nweingarten@loeb.com |

Dated: December 1, 2021

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner, Esq. (FBR-0711)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com

*Counsel to SUMEC Textile Co. Ltd.*